

1    F/N: 15172
     ARTHUR J. CASEY [SBN 123273]
2    COLIN G. MCCARTHY [SBN 191410]
     ROBINSON & WOOD, INC.
3    227 North First Street
     San Jose, CA 95113
4    Telephone: (408) 298-7120
     Facsimile: (408) 298-0477
5
     MERRITT CLEMENTS [SBN 04369500]
6    DANIEL W. LANFEAR [SBN 00784443]
     STRASBURGER & PRICE, LLP
7    Bank of America Plaza
     300 Convent Street, Suite 900
8    San Antonio, TX 78205-3603
9    Attorneys for Defendant,
     One Diamond Electronics, Inc., dba
10   Diamond Electronics

**FILED**

DEC 8 - 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**

DEC - 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

11              UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT COURT OF CALIFORNIA

13                    OAKLAND DIVISION

14

15   YAHOO!, INC.,                    Case No. C06-06326 WDB

16          Plaintiff,                **ORDER GRANTING APPLICATION FOR
                                      ADMISSION OF ATTORNEY *PRO HAC
17   vs.                             VICE***

18   ONE DIAMOND ELECTRONICS, INC.,   Complaint Filed:   October 10, 2006
     dba DIAMOND ELECTRONICS,
19                                    Honorable Wayne D. Brazil
           Defendants.
20

21          MERRITT CLEMENTS, an active member in good standing of the bar of United States

22   District Court, Western District of Texas, whose business address and telephone number is

23   STRASBURGER & PRICE, LLP, Bank of America Plaza, 300 Convent Street, Suite 900, San

24   Antonio, TX 78205-3603,  210-250-6013, having applied in the above-entitled action for

25   admission to practice in the Northern District of California on a *pro hac vice* basis, representing

26   ONE DIAMOND ELECTRONICS, INC., dba DIAMOND ELECTRONICS,

27          / / /

28          / / /

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

                                    1                      C06-06326WDB
ORDER PRO HAC VICE APPLICATION

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

2  and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro*

3  *hac vice*.  Service of papers upon and communication with co-counsel designated in the

4  application will constitute notice to the party.

5  DATED: _12/8/06_

6  **WAYNE D. BRAZIL**
   **United States Magistrate Judge**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28