F/N: 15172
ARTHUR J. CASEY [SBN 123273]
COLIN G. MCCARTHY [SBN 191410]
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

MERRITT CLEMENTS [SBN 04369500]
DANIEL W. LANFEAR [SBN 00784443]
STRASBURGER & PRICE, LLP
Bank of America Plaza
300 Convent Street, Suite 900
San Antonio, TX 78205-3603

Attorneys for Defendant,
One Diamond Electronics, Inc., dba
Diamond Electronics

FILED
DEC 8 - 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
DEC - 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YAHOO!, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ONE DIAMOND ELECTRONICS, INC., dba DIAMOND ELECTRONICS, <br><br> Defendants. | Case No. C06-06326 WDB <br><br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br><br> Complaint Filed: October 10, 2006 <br><br> Honorable Wayne D. Brazil |

DANIEL W. LANFEAR is an active member in good standing of the bar of United States District Court, Western District of Texas, whose business address and telephone number is STRASBURGER & PRICE, LLP, Bank of America Plaza, 300 Convent Street, Suite 900, San Antonio, TX 78205-3603, 210-250-6013, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ONE DIAMOND ELECTRONICS, INC., dba DIAMOND ELECTRONICS,

///

///

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

1

C06-06326WDB

ORDER PRO HAC VICE APPLICATION

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
3   *hac vice*. Service of papers upon and communication with co-counsel designated in the
4   application will constitute notice to the party.

5   DATED: 12-8-06            _____
6                             WAYNE D. BRAZIL
                              United States Magistrate Judge