1  Daniel T. Pascucci (SBN 166780)
   Nathan R. Hamler (SBN 227765)
2  BUCHANAN INGERSOLL & ROONEY LLP
   12330 El Camino Real, Suite 300
3  San Diego, CA 92130
   Telephone: (858) 509-7300
4  Facsimile: (858) 509-7353

5  Bryan J. Sinclair (SBN 205885)
   BUCHANAN INGERSOLL & ROONEY LLP
6  333 Twin Dolphin Drive
   Redwood Shores, CA 94065
7  Telephone: (650) 622-2300
   Facsimile: (650) 622-2499
8
   Arthur J. Casey (SBN123273)
9  Colin G. McCarthy (SBN 191410)
   ROBINSON & WOOD, INC.
10 227 North First Street
   San Jose, CA 95113-1016
11 Telephone: (408) 298-7120
   Facsimile: (408) 298-0477
12

13
14                          UNITED STATES DISTRICT COURT
15                        NORTHERN DISTRICT COURT OF CALIFORNIA

16  YAHOO!, INC.,                          | Case No. C 06-06326 MMC
17              Plaintiff,
                                           | **JOINT STIPULATION REGARDING
18       v.                                | HEARING ON MOTION TO DISMISS,
                                           | AND CASE MANAGEMENT
19  ONE DIAMOND ELECTRONICS, INC., dba     | CONFERENCE; [PROPOSED] ORDER**
    DIAMOND ELECTRONICS,
20
               Defendants.                 | District Judge: Maxine M. Chesney
21                                         | Courtroom 7, 19th Floor

22
23
24
25
26
27
28

1   WHEREAS, Defendant One Diamond Electronics, Inc. ("Diamond") has filed a motion to
2   dismiss pursuant to FRCP 12(b)(1) and the hearing on the motion to dismiss is currently scheduled
3   for January 17, 2006.
4   WHEREAS, counsel for Plaintiff Yahoo!, Inc. ("Yahoo!") needs more time to oppose the
5   motion to dismiss.
6   WHEREAS, counsel for Yahoo! is unavailable because of a prescheduled arbitration on
7   February 9, 2007 and February 23, 2007, and counsel for Diamond is unavailable on February 2,
8   2007 (because of already-scheduled travel commitments) and February 16, 2007 (because of a
9   prescheduled deposition), such that the first available date that both parties are available on the
10  Court's Friday motion hearing days is Friday, March 2, 2007;
11  WHEREAS, the parties agree that the hearing date on the motion to dismiss should be
12  rescheduled to March 2, 2007;
13  WHEREAS, a case management conference is currently set for January 19, 2007.
14  WHEREAS, in the interests of judicial economy and efficiency, the parties submit that the
15  motion to dismiss should be heard by the Court prior to the case management conference, as the
16  resolution of the motion to dismiss may eliminate or streamline issues that need to be discussed and
17  resolved during the case management conference;
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  WHEREFORE, THE PARTIES HEREBY STIPULATE THAT AND RESPECTFULLY
2  REQUEST THAT THE COURT ORDER THAT the hearing on Diamond's motion to dismiss be
3  reset for March 2, 2007 at 9:00 a.m., and that the case management conference be rescheduled to a
4  date and time convenient to the Court that is after the hearing on the motion to dismiss.
5  IT IS SO STIPULATED:
6  Dated: December 22, 2006    BUCHANAN INGERSOLL & ROONEY LLP
7  
8  By /s/ Daniel Pascucci (by Tuttle)
   Daniel T. Pascucci, Esq.
9  Attorneys for Plaintiff
   YAHOO!, INC.
10 
11 Dated: December 22, 2006    ROBINSON & WOOD, INC.
12 
13 By _____
   Arthur J. Casey, Esq.
14 Attorneys for Defendant
   ONE DIAMOND ELECTRONICS, INC.
15 
16 PURSUANT TO STIPULATION, THE COURT HEREBY ORDERS THAT:
17 (1) The hearing on Diamond's motion to dismiss is reset for March 2, 2007 at 9:00 a.m.
18 (2) The case management conference is reset for April 20, 2007 at 10:30 a.m.
19 
20 IT IS SO ORDERED:.
21 DATED: December 22, 2006    By _____
   UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28