F/N: 15172
ARTHUR J. CASEY [SBN 123273]
COLIN G. MCCARTHY [SBN 191410]
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

MERRITT CLEMENTS [SBN 04369500]
DANIEL W. LANFEAR [SBN 00784443]
STRASBURGER & PRICE, LLP
Bank of America Plaza
300 Convent Street, Suite 900
San Antonio, TX 78205-3603

Attorneys for Defendant,
One Diamond Electronics, Inc., dba
Diamond Electronics

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YAHOO!, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ONE DIAMOND ELECTRONICS, INC.,<br>dba DIAMOND ELECTRONICS,<br><br>　　　　Defendants. | Case No. C06-06326 MMC<br><br>**STIPULATION AND ORDER TO CONTINUE DUE DATE OF REPLY BY ONE DIAMOND ELECTRONICS, INC. TO OPPOSITION TO MOTION TO DISMISS; ORDER CONTINUING HEARING** |

Pursuant to the Honorable Maxine M. Chesney's Standing Order 6, ONE DIAMOND ELECTRONICS, INC., dba DIAMOND ELECTRONICS, defendant in the above-entitled action, hereby submits a stipulation and proposed order for the continuation by one court day of the time by which it is required to reply to the opposition to its motion to dismiss. The reply is currently due on Friday, February 16, 2007 and would be due on Tuesday, February 20, 2007 pursuant to this stipulation and proposed order. The parties also stipulate and hereby request permission that Yahoo! Inc. be given leave to file a five page surreply only on issues related the February 12, 2007

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

1   C06-06326MMC

STIPULATION AND ORDER TO CONTINUE DUE DATE OF REPLY BY ONE DIAMOND ELECTRONIC, INC. TO OPPOSITION TO MOTION TO DISMISS

decision by the Honorable John Primomo of the United States District Court, Western Texas, San Antonio Division to remand a companion case to state court.

Good cause exists for the stipulation in this case because Dan Pascucci and Bryan Sinclair, counsel for Plaintiff Yahoo! Inc. have stipulated to the one day extension. The need for the one day continuance is based on the following:

1.   The motion to dismiss and the opposition raise and discuss complex matters on issues of subject matter jurisdiction;

2.   Defendant One Diamond Electronics, Inc. is responding to Plaintiff Yahoo! Inc.'s 25 page opposition which requires the verification and interpretation of over four dozen case cites, many of which were not addressed in its motion, as well as responding to a declaration with over 400 pages of exhibits;

3.   Lead counsel for One Diamond Electronics, Inc., Merritt Clements, is unavailable to respond to the opposition filed on Friday February 9, 2007 because has depositions on unrelated matters this week which were scheduled before the briefing schedule was set;

4.   On February 12, 2007 the the Honorable John Primomo of the United States District Court, Western Texas, San Antonio Division recommended that the companion case in Texas, One Diamond Electronics, Inc. v. Yahoo! Inc., SA-06-CA-879-OG, be remanded and the parties need to assess and address the effect of this recent development on the issues before this Court;

5.   Granting the one court day extension which has been stipulated to by Yahoo! Inc. will not prejudice the opposing party and will benefit this Court by resulting in a more cogent brief by avoiding the lack of clarity that often accompanies pleadings prepared without the benefit of additional time, and this is especially true in this case for One Diamond Electronics, Inc; and

6.   Because issues will be raised in Defendant One Diamond Electronics, Inc.'s Reply which address Judge Primomo's ruling, made after Plaintiff Yahoo! Inc. filed its opposition, Plaintiff has requested and Defendant One Diamond Electronics, Inc does not object to leave to file a five (5) page surreply on these issues no later than February 26, 2007.

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

2    C06-06326 MMC
STIPULATION AND ORDER TO CONTINUE DUE DATE OF REPLY BY ONE DIAMOND ELECTRONICS, INC. TO OPPOSITION TO MOTION TO DISMISS

THEREFORE, THE PARTIES HEREBY STIPULATE THROUGH EACH'S COUNSEL OF RECORD THAT:

1. The due date for Defendant One Diamond Electronic, Inc.'s reply be continued one Court day from February 16, 2007 to February 20, 2007; and

2. Plaintiff Yahoo!, Inc. be granted permission to file a surreply limited to a maximum of five (5) page and due no later than February 26, 2007 to address issues raised by Defendant relating to the remand order in the Texas companion case.

SO STIPULATED:

Dated:  February 15, 2007         BUCHANAN INGERSOLL & ROONEY, LLP


By:__/s/_____
BRYAN SINCLAIR,
Attorneys for Plaintiff YAHOO!, INC.


DATED:  February 15, 2006         ROBINSON & WOOD, INC.


By: __/s/_____
COLIN G. MCCARTHY,
Attorneys for Defendant
ONE DIAMOND ELECTRONICS, INC.,
dba DIAMOND ELECTRONICS


IT IS SO ORDERED.  Further, the hearing is continued from March 2, 2007 to March 9, 2007.

DATED: February 16, 2007         _____
JUDGE MAXINE M. CHESNEY
United States District Judge

3                                    C06-06326 MMC
STIPULATION AND ORDER TO CONTINUE DUE DATE OF REPLY BY ONE DIAMOND ELECTRONICS, INC. TO OPPOSITION TO MOTION TO DISMISS

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120