1 | BRYAN J. SINCLAIR (SBN 205885)
Email:  bryan.sinclair@bipc.com
2 | BUCHANAN INGERSOLL & ROONEY LLP
333 Twin Dolphin Drive, Suite 700
3 | Redwood Shores, CA  94065-1418
Telephone:  (650) 622-2300
4 | Facsimile:   (650) 622-2499

5 | Attorneys for Plaintiff,
YAHOO!, INC.
6 |

7 | ARTHUR J. CASEY (SBN 123273)
Email: ajc@robinsonwood.com
8 | COLIN G. MCCARTHY (SBN 191410)
Email; cgm@robinsonwood.com
9 | ROBINSON & WOOD, INC.
227 North First Street
10 | San Jose, CA  95113
Telephone:  (408) 298-7120
11 | Facsimile:   (408) 298-0477

12 |

MERRITT CLEMENTS (SBN 04369500)
13 | DANIEL W. LANFEAR (SBN 00784443)
STRASBURGER & PRICE, LLP
14 | Bank of America Plaza
300 Convent Street, Suite 900
15 | San Antonio, TX  78205-3603

16 |

Attorneys for Defendant,
17 | One Diamond Electronics, Inc., dba
Diamond Electronics
18 |

19 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
20 |

SAN FRANCISCO DIVISION
21 |

22 | YAHOO!, INC.,                                  Case No. C06-06326 MMC

23 |              Plaintiff,                       **JOINT ADMINISTRATIVE REQUEST
                                                   FOR CONTINUANCE OF CASE
24 |      vs.                                      MANAGEMENT CONFERENCE**

25 | ONE DIAMOND ELECTRONICS, INC.,                 Judge:  Maxine M. Chesney
dba DIAMOND ELECTRONICS,
26 |
             Defendants.
27 |

28 |

1    Plaintiff Yahoo!, Inc. ("Yahoo") and Defendant One Diamond Electronics, Inc., dba

2  Diamond Electronics, ("One Diamond"), file this joint administrative request for the vacation or

3  continuance of the case management conference (and related dates) pursuant to United States

4  District Court for the Northern District of California Local Rule ("Local Rule") 7-11 and the

5  Honorable Maxine Chesney's Standing Order.  This request has become necessary because pursuant

6  to the Court's order dated March 7, 2007, the Court is deferring the final ruling on One Diamond's

7  pending motion to dismiss until such time as the United States District Court for the Western

8  District of Texas makes a final determination as to the question of jurisdiction in a related case

9  pending between the parties (the "Texas Action") (Doc. # 34).

10    **1.    PROCEDURE**

11    To make an administrative request under Local Rule 7-11, a moving party or parties must

12  set forth specifically the action requested, and the reasons supporting the motion.  Such a motion

13  must be accompanied by either (a) a stipulation of parties under Local Rule 7-12 or, (b) by a

14  declaration explaining why a stipulation could not be reached.

15    **2.    ACTION REQUESTED**

16    The parties respectfully request that the Court vacate  and continue the case management

17  conference currently scheduled for April 20, 2007 (as well as related deadlines under Federal Rules

18  of Civil Procedure 16 and 26) until such time as the Court has ruled on the pending motion to

19  dismiss.

20    **3.    REASONS SUPPORTING THIS REQUEST**

21    The District Court Judge in the related Texas Action has remanded the Magistrate's Report

22  and Recommendation back for further consideration.  Accordingly, it is unlikely that the District

23  Court will reach a final resolution prior to the date of the case management conference in this

24  matter.  Thus, this request is necessary because the parties are uncertain as to the ultimate resolution

25  of the question of the presence of subject matter jurisdiction in this case.  Accordingly, to avoid

26  additional expense to the parties and burden to the Court, the parties are in agreement that the case

27  management conference (as well as related activities under Rule 16 and 26) should be held in

28  abeyance, pending the resolution of the question of jurisdiction.

JOINT ADMINISTRATIVE REQUEST FOR CONTINUANCE OF CMC        C06-06326 MMC

4.    **STIPULATION**

By signing this joint administrative request, all parties act in concert in requesting the District Court Judge for a continuance of the case management conference.


IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD


DATED:  March 30, 2007                        BUCHANAN INGERSOLL & ROONEY LLP

By:    BRYAN J. SINCLAIR,
          Attorneys for Plaintiff,
          YAHOO!, Inc.


DATED:  March 30, 2007                        STRASBURGER & PRICE, LLP

By:    MERRITT CLEMENTS
          Attorneys for Defendant,
          ONE DIAMOND ELECTRONICS, INC.,
          dba DIAMOND ELECTRONICS


IT IS SO ORDERED.  Further, the hearing is continued from April 20, 2007 to June 1, 2007.  A Joint Case Management Statement shall be filed by May 25, 2007.

DATED:  April 2     , 2007

JUDGE MAXINE M. CHESNEY
United States District Judge

JOINT ADMINISTRATIVE REQUEST FOR CONTINUANCE OF CMC      C06-06326 MMC