```
 1  DANIEL T. PASCUCCI, ESQ.(SBN 166780)
    Email: dtpascucci@mintz.com
 2  NATHAN R. HAMLER, ESQ. (SBN 227765)
    Email: nhamler@mintz.com
 3  BENJAMIN L. WAGNER, ESQ. (SBN 243594)
    Email: bwagner@mintzcom
 4  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
    9255 Towne Centre Drive, Suite 600
 5  San Diego, CA  92121
    Telephone: (858) 320-3000
 6  Facsimile:  (858) 320-3001

 7  Attorneys for Plaintiff
    YAHOO!, INC.
 8
    MERRITT CLEMENTS (SBN 0436950)
 9  DANIEL W. LANFEAR (SBN 00784443)
    STRASBURGER & PRICE, LLP
10  Bank of America Plaza
    300 Convent Street, Suite 900
11  San Antonio, TX 78205-3603

12  Attorneys for Defendant,
    One Diamond Electronics, Inc., dba
13  Diamond Electronics
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

| YAHOO!, INC., | Case No. C 06-06326 MMC |
|---|---|
| Plaintiff, | **JOINT ADMINISTRATIVE REQUEST FOR CONTINUANCE OF CMC AND ORDER** |
| v. | |
| ONE DIAMOND ELECTRONICS, INC., dba DIAMOND ELECTRONICS, | Time: |
| Defendants. | Judge: Maxine M. Chesney<br>Courtroom:    7 |

Plaintiff Yahoo!,Inc., ("Yahoo") and Defendant One Diamond Electronics, Inc., dba Diamond Electronics, ("One Diamond"), file this joint administrative request for the vacation or continuance of the case management conference (and related dates) pursuant to United States District Court for the Northern District of California Local Rule "(Local Rule") 7-11 and the Honorable Maxine Chesney's Standing Order.  This request has become necessary because pursuant

1

to the Court's order dated March 7, 2007, the Court is deferring the final ruling on One Diamond's pending motion to dismiss until such time as the United States District Court for the Western District of Texas makes a final determination as to the question of jurisdiction in a related case pending between the parties (the "Texas Action") (Doc. # 34).

### 1. **PROCEDURE**

To make an administrative request under Local Rule 7-11, a moving party or parties must set forth specifically the action requested, and the reasons supporting the motion. Such a motion must be accompanied by either (a) a stipulation of parties under Local Rule 7-12 or, (b) by a declaration explaining why a stipulation could not be reached.

### 2. **ACTION REQUESTED**

The parties respectfully request that the Court vacate and continue the case management conference currently scheduled for April 20, 2007 (as well as related deadlines under Federal Rules of Civil Procedure 16 and 26) until such time as the Court has ruled on the pending motion to dismiss.

### 3. **REASONS SUPPORTING THIS REQUEST**

The District Court Judge in the related Texas Action has remanded the Magistrate's Report and Recommendation back for further consideration. While the Magistrate has issued its recommendation, it is unlikely that the District Court will reach a final resolution prior to the date that action must be taken with respect to the case management conference in this matter. Responses to the Report & Recommendation are still due, and the District Court's resolution is unlikely to be forthcoming. Specifically, the District Court's resolution will not occur prior to the meet and confer deadline of May 4, 2007, and is unlikely to occur before other upcoming deadlines necessary to prepare for the case management conference, if not the case management conference itself. Thus, this request is necessary because the parties are uncertain as to the ultimate resolution of the question of the presence of subject matter jurisdiction in this case. Accordingly, to avoid additional expense to the parties and burden to the Court, the parties are in agreement that the case management conference (as well as related activities under Rule 16 and 26) should be held in abeyance, pending the resolution of the question of jurisdiction.

**4.   STIPULATION**

By signing this joint administrative request, all parties act in concert in requesting the District Court Judge for a continuance of the case management conference.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 4, 2007                     MINTZ LEVIN COHN FERRIS GLOVSKY
                                       AND POPEO PC


                                       By: /s/ Ben Wagner
                                           Daniel T. Pascucci, Esq.
                                           Nathan R. Hamler, Esq.
                                           Benjamin L. Wagner, Esq.

                                       Attorneys for Plaintiff
                                       YAHOO!, INC.

Dated: May 4, 2007                     STRASBURGER & PRICE, LLP


                                       By: /s/ Daniel Lafear
                                           Merritt Clements, Esq.
                                           Daniel Lafear, Esq.

                                       Attorneys for Plaintiff
                                       ONE DIAMOND ELECTRONICS, INC.


**Pursuant to General Order 45(x)**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Ben L. Wagner


Good cause showing, IT IS SO ORDERED. Further, the hearing is continued from June 1, 2007 to August 10, 2007. A Joint Case Management Statement shall be filed by August 3, 2007.

DATED: May 7, 2007

JUDGE MAXINE M. CHESNEY
United States District Judge