UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHOO!, INC., a California corporation, | Case No. 3:06-cv-06326 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF YAHOO!, INC.'S MOTION FOR SUBSTITUTION OF COUNSEL** |
| v. | |
| ONE DIAMOND ELECTRONICS, INC., a Texas corporation, | The Honorable Maxine M. Chesney |
| Defendant. | |

By motion, Plaintiff YAHOO!, INC. has requested the Court enter a Substitution of Counsel, and indicated that all parties of record have received notice, as required by Local Rule 11-5(a).  Good cause appearing, the motion is hereby **GRANTED.**

It is further **ORDERED** that the clerk enter the appearance of Daniel Pascucci, Nathan Hamler, and Ben Wagner of Mintz Levin Cohn Ferris Glovsky and Popeo P.C. as counsel of record for Plaintiff YAHOO!, INC. and remove Buchanan Ingersoll & Rooney LLP, 12230 El Camino Real, Suite 300, San Diego, CA 92130 and 333 Twin Dolphin Drive, Suite 700, Redwood Shores, CA  94065 as counsel of record from all future pleadings and court notices in the above-captioned matter. The contact information of counsel substituting in is:

///

///

—

1

2     Daniel T. Pascucci, Esq. (SBN 166780)
      Email: dpascucci@mintz.com
3     Nathan R. Hamler, Esq.  (SBN 227765)
      Email: nhamler@mintz.com
4     Ben L. Wagner, Esq. (SBN 243594)
      Email: bwagner@mintz.com
5     MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
      9255 Towne Centre Drive
6     Suite 600
      San Diego, CA  92121
7     Telephone: (858) 320-3000
      Facsimile:  (858) 320-3001
8

9     **IT IS SO ORDERED.**

10

11    Dated: June 11, 2007                    _____
                                              United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF YAHOO!, INC.'S MOTION FOR SUBSTITUTION OF COUNSEL
Case No. 3:06-cv-06326 MMC