1  Daniel T. Pascucci, Esq. (SBN 166780)
   Email: dpascucci@mintz.com
2  Nathan R. Hamler, Esq.  (SBN 227765)
   Email: nhamler@mintz.com
3  Ben L. Wagner, Esq. (SBN 243594)
   Email: bwagner@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   9255 Towne Centre Drive, Suite 600
5  San Diego, CA  92121
   Telephone: (858) 320-3000
6  Facsimile:  (858) 320-3001

7  Attorneys for Plaintiff
   YAHOO!, INC.
8
   Daniel W. Lanfear, Esq. (SBN 00784443)
9  Email:  daniel.lanfear@strasburger.com
   Merritt Maverick Clements, Esq. (SBN 0436950)
10 Email:  merritt.coments@strasburger.com
   Strasburger & Price, LLP
11 300 Convent Street, Suite 900
   San Antonio, TX  78205
12
   Arthur J. Casey, Esq. (SBN 123273)
13 Email: ajc@robinsonwood.com
   Robinson & Wood, Inc.
14 227 North First Street
   San Jose, CA  95113
15
   Attorneys for Defendant
16 ONE DIAMOND ELECTRONICS, INC.

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  YAHOO!, INC., a California corporation, | Case No. 3:06-cv-06326 MMC |
| 21              Plaintiff, | **JOINT ADMINISTRATIVE REQUEST FOR CONTINUANCE OF CASE MANAGEMENT HEARING DATE; ORDER THEREON** |
| 22        v. | |
| 23  ONE DIAMOND ELECTRONICS, INC., a Texas corporation, | |
| 24 | |
| 25              Defendants. | |

26

27

28

1  Plaintiff Yahoo!, Inc. ("Yahoo!") and Defendant One Diamond Electronics, Inc., dba
2  Diamond Electronics ("One Diamond"), file this joint administrative request for the continuance of
3  the case management conference (and related dates) pursuant to United States District Court for the
4  Northern District of California Local Rule "(Local Rule") 7-11 and the Honorable Maxine
5  Chesney's Standing Order.  This request has become necessary because, on August 3, 2007, the
6  parties received the Court's Order denying One Diamond's motion to dismiss for lack of subject
7  matter jurisdiction.  Lead counsel for the plaintiff is out of the country this week and is therefore
8  unavailable to meet and confer or attend the scheduled case management conference.  The parties
9  also desire more time to confer with their clients regarding the effect of that Order, meet and confer
10 as required under the Federal Rules and provide the Court with an appropriate joint case
11 management statement before the case management conference.
12        1.    **PROCEDURE**
13        To make an administrative request under Local Rule 7-11, a moving party or parties must
14 set forth specifically the action requested, and the reasons supporting the motion.  Such a motion
15 must be accompanied by either (a) a stipulation of parties under Local Rule 7-12 or, (b) by a
16 declaration explaining why a stipulation could not be reached.
17        2.    **ACTION REQUESTED**
18        The parties respectfully request that the Court vacate and continue the case management
19 conference currently scheduled for August 10, 2007 (as well as related deadlines under Federal
20 Rules of Civil Procedure) to **September 14, 2007, at 10:30 a.m.**, or a to a date and time thereafter
21 that is convenient to the Court.
22        3.    **REASONS SUPPORTING THIS REQUEST**
23        As noted, a case management conference is currently set for August 10, 2007.  Until last
24 Friday, August 3, however, defendant ONE DIAMOND ELECTRONICS, INC.'S ("Diamonds")
25 motion to dismiss all of Yahoo!'s claims for lack of jurisdiction was pending before the Court, and
26 the Court had stayed its decision on that motion to dismiss pending the outcome of Diamond's
27 motion to remand another action pending in the Western District of Texas to Texas state court.
28

1  Thus, while the decision on the motion was stayed, in the past the parties jointly agreed to request a
2  stay of the case management conference, and the court twice continued the case management
3  conference (most recently to August 10).
4        The parties received notice of the Court's ruling on Defendant's motion to dismiss for lack
5  of jurisdiction on Friday afternoon of August 3, 2007.
6        Because of an unexpected calendaring conflict due to a calendaring error, lead counsel for
7  Yahoo!, Daniel Pascucci, is out of the country this week, and is unavailable to meet and confer with
8  Diamond's counsel concerning a joint case management statement or attend the scheduled
9  conference this Friday.
10       Further, given the recency of the August 3 Order, the parties have not yet had the benefit of
11 meeting and conferring under the federal rules after the Court issued that Order.  The parties believe
12 that it is in the interests of judicial efficiency for the parties to confer with their clients, meet and
13 confer as required by Rule 26 of the Federal Rules of Civil Procedure, and file an appropriate joint
14 case management statement in advance of the continued case management conference.  Because of
15 the close proximity of the August 10 hearing and the unavailability of lead counsel for Yahoo!, the
16 parties request this short continuance, and will fully comply with their obligations under the Federal
17 Rules during this period.  The parties have met and conferred, and both are available for a case
18 management conference on Friday, September 14th.
19     4.    **<u>STIPULATION</u>**
20       By signing this joint administrative request, all parties act in concert in requesting the
21 District Court Judge for a continuance of the case management conference.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2
JOINT ADMINISTRATIVE REQUEST FOR CONTINUANCE OF CASE MANAGEMENT HEARING DATE;
[PROPOSED] ORDER
Case No. 3:06-cv-06326 MMC

IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.

Dated:  August 6, 2007                    MINTZ LEVIN COHN FERRIS GLOVSKY AND
                                          POPEO, P.C.

                                          By:  /s/Ben Wagner
                                              Daniel T. Pascucci, Esq.
                                              Nathan R. Hamler, Esq.
                                              Ben L. Wagner, Esq.

                                          Attorneys for Plaintiff
                                          YAHOO!, INC.


Dated:  August 6, 2007                    STRASBURGER & PRICE, LLP

                                          By:  /s/Daniel Lanfear
                                              Daniel W. Lanfear, Esq.

                                          Attorneys for Defendant
                                          ONE DIAMOND ELECTRONICS, INC.


### Pursuant to General Order 45(x)

I hereby attest that I have on file all holograph signatures for any signatures indicted by a "conformed" signature (/s/) within this e-filed document.

/s/Ben Wagner


### ORDER

Good cause showing, the Case Management Conference is hereby CONTINUED from August 10, 2007 to September 21, at 10:30 a.m.

**IT IS FURTHER ORDERED** that the parties shall file a joint case management statement with the Court by no later than Friday, September 14, 2007.


Dated: August 8, 2007                     _____
                                          JUDGE MAXINE M. CHESNEY
                                          United States District Judge