1  Daniel T. Pascucci, Esq. (SBN 166780)
   dpascucci@mintz.com
2  Nathan R. Hamler, Esq. (SBN 227765)
   nhamler@mintz.com
3  Ben L. Wagner, Esq. (SBN 243594)
   bwagner@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   5355 Mira Sorrento Place, Suite 600
5  San Diego, California  92121
   Telephone: (858) 320-3000
6  Facsimile:  (858) 320-3001

7  Attorneys for Plaintiff
   YAHOO! INC.
8

9  Arthur J. Casey, Esq. (SBN 123273)
   ajc@robinsonwood.com
10 Colin G. McCarthy, Esq. (SBN 191410)
   cgm@robinsonwood.com
11 Robinson & Wood, Inc.
   227 North First Street
12 San Jose, California 95113
   Telephone: (408) 298-7120
13 Facsimile: (408) 298-0477

14 Attorneys for Defendant
   One Diamond Electronics, Inc.,
15 d/b/a Diamond Electronics

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHOO! INC., a California corporation, | Case No. C 06-06326 MMC |
| Plaintiff, | [~~PROPOSED~~] **ORDER ON STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** |
| v. | |
| ONE DIAMOND ELECTRONICS, INC., a Texas corporation, | Judge:     Maxine M. Chesney<br>Courtroom: 7 |
| Defendants. | |
| | Action Filed:            10/11/06<br>Pretrial Conference:  08/26/08<br>Trial:                        09/08/08 |

**<u>ORDER</u>**

Pursuant to the Stipulated Confidentiality Agreement filed March 10, 2008, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Stipulation shall be the Order of the Court in this proceeding.

Dated: March 12, 2008

_____
Hon. Maxine M. Chesney
United States District Judge