Daniel T. Pascucci, Esq. (SBN 166780)
dpascucci@mintz.com
Nathan R. Hamler, Esq. (SBN 227765)
nhamler@mintz.com
Ben L. Wagner, Esq. (SBN 243594)
bwagner@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
5355 Mira Sorrento Place, Suite 600
San Diego, California 92121
Telephone: (858) 320-3000
Facsimile: (858) 320-3001

Attorneys for Plaintiff
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHOO! INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ONE DIAMOND ELECTRONICS, INC., a Texas corporation,<br><br>Defendants. | Case No. C 06-06326 MMC<br><br>~~[PROPOSED]~~ **ORDER ON STIPULATION TO CONTINUE TRIAL AND ALL CORRESPONDING CASE DEADLINES**<br><br>Judge: Maxine M. Chesney<br>Courtroom: 7<br><br>Action Filed: 10/11/06 |

Having considered the Stipulation to Continue Trial and All Corresponding Case Deadlines of Plaintiff YAHOO!, INC. and Defendant ONE DIAMOND ELECTRONICS, INC., dba DIAMOND ELECTRONICS, and good cause appearing therefore, IT IS HEREBY ORDERED that:

The JURY TRIAL DATE is continued to January 12, 2009, at 9:00 a.m., in Courtroom 7;

The NON-EXPERT DISCOVERY CUT-OFF is continued to July 11, 2008;

The deadline for the DESIGNATION OF EXPERTS is continued to no later than June 3, 2008;

The deadline for REBUTTAL TO THE DESIGNATION OF EXPERTS is continued to no later than June 24, 2008;

The deadline for the REPLY TO THE DESIGNATION OF EXPERTS is continued to no later than July 7, 2008;

The EXPERT DISCOVERY CUT-OFF is continued to August 29, 2008;

The deadline for filing DISPOSITIVE MOTIONS is continued to no later than September 26, 2008, and shall be noticed for hearing 35 days thereafter;

~~The SETTLEMENT CONFERENCE shall be held before a Magistrate Judge and scheduled to take place no later than 30 days prior to the Pretrial Conference;~~

The PRETRIAL CONFERENCE is continued to December 16, 2008, at 3:00 p.m., in Courtroom 7;

The MEET AND CONFER pursuant to Civil L.R. 16-10(b)(5), is continued to no later than November 11, 2008;

The FURTHER STATUS CONFERENCE is continued to October 3, 2008, at 10:30 a.m., in Courtroom 7; and

The FURTHER STATUS CONFERENCE STATEMENT is due on September 26, 2008.

IT IS SO ORDERED.

Dated: March 14, 2008

*/s/ Maxine M. Chesney*
Hon. Maxine M. Chesney