|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| YAHOO! INC., a California corporation, | Case No. C 06-06326 MMC |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING STIPULATION TO CONTINUE PRE-TRIAL EXPERT WITNESS DEADLINES |
| v. |   |
| ONE DIAMOND ELECTRONICS, INC., a Texas corporation, | Courtroom: 7<br>Judge:     Maxine M. Chesney |
| Defendant. | Action Filed:         10/11/06<br>Pretrial Conference:  12/16/08<br>Trial:                01/12/09 |

Pursuant to Federal Rule of Civil Procedure 29 and Local Rule 6-1, and pursuant to the agreement of the parties herein, all pre-trial deadlines related to expert witnesses by approximately two weeks in this action.. Good cause appearing, the request is

**GRANTED.** It is hereby

**ORDERED** that

(a)     The deadline for the DESIGNATION OF EXPERTS, currently set for June 3, 2008, shall be continued to June17, 2008;

(b)     The deadline for REBUTTAL TO THE DESIGNATION OF EXPERTS, currently set for June 24, 2008, shall be continued to July 8, 2008;

     (c)    The deadline for the REPLY TO THE DESIGNATION OF EXPERTS, currently set for July 7, 2008, shall be continued to July 21, 2008; and

     (d)    The EXPERT DISCOVERY CUT-OFF is continued to September 16, 2008.

**IT IS SO ORDERED**.

Dated: June 5, 2008

*/s/ Maxine M. Chesney*
Maxine M. Chesney
United States District Judge